No. 366. MISSISSIPPI VALLEY TRUST CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. H. Stanley Hinrichs, Abraham Lowenhaupt, Frank S. Bright,* and *Stanley S. Waite* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 368. HANSEN *v.* UNITED STATES. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *Randolph C. Shaw* for the United States.

No. 369. MILLER ET AL. *v.* PYRITES CO., INC. ET AL.; and
No. 370. MERRELL ET AL. *v.* SAME. October 22, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Wm. Burnet Wright* for petitioners. *Messrs. Murray F. Johnson* and *G. Ridgely Sappington* for respondents.

No. 371. WADSWORTH ELECTRIC MANUFACTURING CO. *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING CO. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter F. Murray* for petitioner. *Messrs. Drury W. Cooper, Thomas J. Byrne,* and *Victor S. Beam* for respondent.